UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Crop Production Services Inc., | ) |
| | ) |
| Plaintiff(s) | ) |
| | ) Case No. 4:13-cv-01223-RWS |
| vs. | ) |
| | ) |
| Lape Farms LLC , | ) |
| | ) |
| Defendant(s). | ) |

## ORDER

The above styled and numbered case was filed on June 27, 2013 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr. , United States District Judge, under cause number 1:13-cv-00092-SNLJ . **IT IS FURTHER ORDERED** that cause number 4:13-cv-01223-RWS be administratively closed.

Dated this 27th Day of June, 2013.   JAMES G. WOODWARD
By: /s/ Katie Spurgeon, Deputy in Charge

**Please note the new case number:** 1:13-cv-00092-SNLJ.